```
        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF ARKANSAS
              HOT SPRINGS DIVISION
```

MICHAEL PHILSON                                              PLAINTIFF

V.                         CASE NO. 09CV6053

ARKANSAS DEPARTMENT
OF HUMAN SERVICES                                            DEFENDANT

### ORDER

    Now on this 9th day of November 2009, there comes on for consideration the report and recommendation filed herein on October 20, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24). The parties did not file any written objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (Doc. 9) and Second Motion to Dismiss (Doc. 21) are GRANTED IN PART AND DENIED IN PART. Separate Defendants Sharon Mohammed, Rebecca Riggles, Margo Green, Charlene Miller, Julie Wilhelms, Mandy Pierce, Vicky Sun, Marilyn Nusbaum, Cindy Nash, Witt Brown, Phyllis Hankins, and Beverly Willis are DISMISSED as Defendants in this matter.

    IT IS SO ORDERED.

                                           /s/ Robert T. Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge